IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 65.79.146.117

**ISP:** RCN Corporation
**Physical Location:** Chicago, IL

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 05/28/2018 16:57:05 | 1A9D4E8C411AFD56DEA2EDF8D436529088D11C22 | Purely Perfect Pink |
| 01/30/2018 03:52:58 | E9B3F020F65BBD3963D8FB2184CF8327F40E6DE1 | X Marks The Spot |
| 12/14/2017 23:38:38 | A0D102FB61F97BFE7B935492643E2313944FDBD2 | Five Reasons to Love Sex with Blondes |
| 11/20/2017 19:41:49 | 02AD002BAFF9F5B366FD490E21A89CFF6D960F15 | Fill Her Up |
| 11/13/2017 02:08:52 | 6D71663E4DB88AD206191297B1EA7AE85F18C39F | Would You Fuck My Girlfriend |
| 11/01/2017 00:29:58 | 5F524DF15759705BDA6D385631FD6ACDE6D080CD | The Tightest Blonde |
| 09/18/2017 16:48:27 | 704944F18AD93159DCCF636671BF0F9024620B8F | Piano Concerto |
| 08/21/2017 19:22:34 | 673AA4B478E333C74CF467AD24467FFB206B7019 | Emerald Love |

**Total Statutory Claims Against Defendant: 8**

EXHIBIT A

NIL862